JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON & GORDON, a Professional Law Corporation,<br>    Plaintiff,<br><br>    v.<br><br>PRASANTH SEEVNARAYAN and MEGACOR INVESTMENTS (PTY) LTD.,<br>    Defendants. | CV 18-4713 DSF (JEMx)<br><br>JUDGMENT |

    The Court having granted a motion for default judgment,

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Gordon & Gordon and against Defendants Prasanth Seevnarayan and Megacor Investments (Pty) Ltd. in the amount of $153,974.01, inclusive of prejudgment interest and costs.

Date: February 2, 2023

                                                          Dale S. Fischer
                                                           United States District Judge